JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| FRED STIER, an individual, <br><br> Plaintiff <br><br> v. <br><br> ALLSTATE INSURANCE AND DOES 1 TO 20 INCLUSIVE, <br><br> Defendants. | Case No. 8:21-cv-00557-JLS (JDEx) <br><br> ORDER REMANDING CASE TO STATE COURT |

On April 23, 2021, counsel filed a stipulation to remand this case to state court. (Doc. 12.) After reviewing the declaration of counsel, the Court rules as follows:

**IT IS ORDERED:**

Based on the parties' Stipulation, this case is hereby REMANDED to Orange County Superior Court, Case No. 30-02020-01171505.

DATED: May 04, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE